**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| **MAXTAK CAPITAL ADVISORS** | * | |
| **LLC, et al.,** | * | |
| | * | |
| **Plaintiffs,** | * | **CIVIL ACTION FILE NO:** |
| | * | |
| **v.** | * | **3:12-CV-1126-HLA-JRK** |
| | * | |
| **PARKER VISION, INC., et al.,** | * | |
| | * | |
| **Defendants.** | * | |

<u>**CONSENT CONFIDENTIALITY AGREEMENT**</u>
<u>**AND PROTECTIVE ORDER**</u>

On March 20, 2014, Defendant Parker Vision, by and through its attorneys, served a subpoena on the Georgia Institute of Technology's ("Georgia Tech") Office of Legal Affairs, requesting numerous documents relating to Joy Laskar's analysis of certain Parker Vision patents and other related documents. The subpoena includes twenty-three (23) separately enumerated requests for documents.

The purpose of this Confidentiality Agreement and Protective Order ("Agreement") is to facilitate the production of documents sought by Parker Vision, Inc. in its subpoena in the most efficient and economical manner while at the same time protecting the confidentiality of the documents to be produced. Georgia Tech anticipates that the number of documents

responsive to Parker Vision's subpoena will be in the thousands if not tens

of thousands.  It is possible that some documents or portions of documents

to be produced may contain confidential information.  In some instances the

person who has the right to assert the confidentiality of the document may

not be Georgia Tech and therefore Georgia Tech may have an obligation to

notify that third-party of the production of the document and their right to

challenge the disclosure of the document.  By entering into this agreement

Georgia Tech and the parties will avoid the time and expense of having

Georgia Tech review every page to be produced before it is produced in

order to determine if the document contains any confidential information.

Georgia Tech has provided notice to Joy Laskar of Parker Vision's

March 20, 2014 subpoena and its intention to produce documents in

response to the subpoena.

**IT IS HEREBY AGREED THAT**:

Any and all documents produced by Georgia Tech in response to

Parker Vision's March 20, 2014 subpoena shall be considered "non-public

information" and shall be designated as "confidential," pursuant to

Paragraph 2 of the "Confidentiality Stipulation and Protective Order"

("Confidentiality Stipulation") entered into between the parties, approved by

United States Magistrate Judge James R. Klindt, and entered by the Court on

June 17, 2013.  A copy of the Confidentiality Stipulation is attached hereto as Exhibit 1 and is incorporated herein by reference.

This Agreement shall supercede the provisions in Paragraph 10 of the Confidentiality Stipulation, only as it relates to documents produced by Georgia Tech, to provide that if counsel for any party wishes to disclose any "confidential record" produced by Georgia Tech to any person other than as permitted pursuant to paragraphs 7 and 8 of the Confidentiality Stipulation, counsel shall notify Georgia Tech at least thirty (30) days prior thereto and provide the names of the persons to whom the party seeks to disclose the document(s) and a description of the portion of the "confidential records" produced by Georgia Tech that it seeks to disclose.

If Georgia Tech does not give advance written consent to the disclosure within thirty (30) days of receipt of notice, counsel seeking to disclose such "confidential records" may seek relief from the Court, but the "confidential records" shall not be disclosed pending a decision and Order of the Court.

Pursuant to Paragraphs 7, 8 and 11 of the Confidentiality Stipulation, any person given access to any "confidential records" produced by Georgia Tech shall be advised that the information is being disclosed pursuant to both the Confidentiality Stipulation and this Agreement.  Prior to disclosure

of any Georgia Tech records, each person given access shall sign the acknowledgement form attached to the Confidentiality Stipulation as Exhibit A.

The parties agree that this Agreement shall be governed by the Federal Rules of Civil Procedure. The parties further agree that the United States District Court for the Northern District of Georgia is the proper forum for enforcement of any of any rights and/or obligations contained herein.

This 7 day of April, 2014.

CONSENTED TO:

**FLEISCHMAN LAW FIRM PLLC**

By: _____
Keith M. Fleischman
June H. Park
565 Fifth Avenue
Seventh Floor
New York, New York 10017
(212) 880-9571 (phone)
(212) 917-591-5245 (fax)
keith@fleischmanlawfirm.com
jpark@fleischmanlawfirm.com

**KATTEN MUCHIN ROSENMAN LLP**

By: _____
Bruce G. Vanyo
William M. Regan
575 Madison Avenue
New York, New York 10022-2585
(212) 940-8800 (phone)
(212) 940-8776 (fax)
bruce@kattenlaw.com
william.regan@kattenlaw.com

4

**COOPER, RIDGE & SAFI, P.A.**

By: _George E. Ridge_
George E. Ridge
Tiffany Douglas Safi
Florida Bar Number 226701
Florida Bar Number 682101
Baywater Square Building
136 East Bay Street, Suite 301
Jacksonville, Florida 32202
(904) 353-6555 (phone)
(904) 353-7550 (fax)
gridge@attorneyjax.com
tsafi@attorneyjax.com

**STONE BONNER & ROCCO LLP**

By: _____
Patrick L. Rocco
James P. Bonner
447 Springfield Avenue
Second Floor
Summit, New Jersey 07901
(908) 516-2045 (phone)
(908) 516-2049 (fax)
procco@lawssb.com
jbonner@lawssb.com

*Attorneys for Plaintiffs*

**SMITH HULSEY & BUSEY**

By_____
Stephen D. Busey
James A. Bolling
Florida Bar Number 117790
Florida Bar Number 901253
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700 (phone)
(904) 359-7708 (fax)
busey@smithhulsey.com
jbolling@smithhulsey.com

*Attorneys for Defendants*

**ATTORNEY GENERAL OF GEORGIA**

By: _____
Julia B. Anderson
Senior Assistant Attorney General
40 Capitol Square, SW
Atlanta, GA 30309
(404) 463-3630 (phone)
(404) 657-9932 (fax)
janderson@law.ga.gov

*Attorneys for the Georgia Institute of Technology*

IT IS SO ORDERED, this _____ day of _____, 2014.

_____
JAMES R. KLINDT
United States Magistrate Judge

COOPER, RIDGE & SAFI, P.A.

By: _____
George E. Ridge
Tiffany Douglas Safi
Florida Bar Number 226701
Florida Bar Number 682101
Baywater Square Building
136 East Bay Street, Suite 301
Jacksonville, Florida 32202
(904) 353-6555 (phone)
(904) 353-7550 (fax)
gridge@attorneyjax.com
tsafi@attorneyjax.com


STONE BONNER & ROCCO LLP

By: _____
Patrick L. Rocco
James P. Bonner
447 Springfield Avenue
Second Floor
Summit, New Jersey  07901
(908) 516-2045 (phone)
(908) 516-2049 (fax)
procco@lawssb.com
jbonner@lawssb.com


*Attorneys for Plaintiffs*


SMITH HULSEY & BUSEY

By _____
Stephen D. Busey
James A. Bolling
Florida Bar Number 117790
Florida Bar Number 901253
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700 (phone)
(904) 359-7708 (fax)
busey@smithhulsey.com
jbolling@smithhulsey.com


*Attorneys for Defendants*


ATTORNEY GENERAL OF GEORGIA

By: _____
Julia B. Anderson
Senior Assistant Attorney General
40 Capitol Square, SW
Atlanta, GA  30309
(404) 463-3630 (phone)
(404) 657-9932 (fax)
janderson@law.ga.gov


*Attorneys for the Georgia Institute of Technology*


IT IS SO ORDERED, this _____ day of _____, 2014.


_____
JAMES R. KLINDT
United States Magistrate Judge

5

**COOPER, RIDGE & SAFI, P.A.**

By: _____
George E. Ridge
Tiffany Douglas Safi
Florida Bar Number 226701
Florida Bar Number 682101
Baywater Square Building
136 East Bay Street, Suite 301
Jacksonville, Florida 32202
(904) 353-6555 (phone)
(904) 353-7550 (fax)
gridge@attorneyjax.com
tsafi@attorneyjax.com


**STONE BONNER & ROCCO LLP**

By: _____
Patrick L. Rocco
James P. Bonner
447 Springfield Avenue
Second Floor
Summit, New Jersey 07901
(908) 516-2045 (phone)
(908) 516-2049 (fax)
procco@lawssb.com
jbonner@lawssb.com


*Attorneys for Plaintiffs*


**SMITH HULSEY & BUSEY**

By _____
Stephen D. Busey
James A. Bolling
Florida Bar Number 117790
Florida Bar Number 901253
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700 (phone)
(904) 359-7708 (fax)
busey@smithhulsey.com
jbolling@smithhulsey.com


*Attorneys for Defendants*


**ATTORNEY GENERAL OF GEORGIA**

By: _____
Julia B. Anderson
Senior Assistant Attorney General
40 Capitol Square, SW
Atlanta, GA 30309
(404) 463-3630 (phone)
(404) 657-9932 (fax)
janderson@law.ga.gov


*Attorneys for the Georgia Institute of Technology*


IT IS SO ORDERED, this _____ day of _____, 2014.


_____
JAMES R. KLINDT
United States Magistrate Judge


5